IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH HOLMES, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | No.: 19-cv-3231 |
| CITY OF PHILADELPHIA LAW DEPARTMENT, | : | |
| AND | : | |
| PHILADELPHIA POLICE OFFICER DAVID WRIGHT | : | |
| AND | : | |
| PHILADELPHIA POLICE OFFICER SIMON THOMPSON SEMONE, | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 25th day of November, 2019, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint as to defendant, City of Philadelphia Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Plaintiff's response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED,** upon consideration of Defendants, Officer David Wright and Officer Simone Thompson's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Plaintiff's response thereto, it is hereby **ORDERED** that said Motion is **DENIED.**

The individual Defendants are hereby granted twenty (20) days to file an answer to the complaint.

**BY THE COURT:**

**/s/ Robert F. Kelly**
**ROBERT F. KELLY, SENIOR JUDGE**